Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 6264 | **DATE** | 4/4/2001 |
| **CASE TITLE** | Arcadia Santiago vs. City of Chicago et al. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
       ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. The defendants move to dismiss. That motion is granted in part and denied in part. Status hearing set for May 3, 2001 at 9:45am.

(11) ■ [For further detail see order attached to the original minute order.]

No notices required, advised in open court.
No notices required.
Notices mailed by judge's staff.
Notified counsel by telephone.
✓ Docketing to mail notices.
Mail A 450 form.
Copy to judge/magistrate judge.

WAH — courtroom deputy's initials

APR 5 2001

15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARCADIA SANTIAGO,            )
                             )
         Plaintiff,          )
                             )
    vs.                      )  No. 00 C 6264
                             )
CITY OF CHICAGO, et al.,     )
                             )
         Defendants.         )

MEMORANDUM OPINION AND ORDER

Plaintiff has alleged that she was arrested without probable cause on February 5, 1999. She alleged two state claims as well. The defendants move to dismiss. That motion is granted in part and denied in part.

The main thrust of the motion is that plaintiff has alleged an insufficient boilerplate Monell claim against the City, and it is boilerplate to a considerable extent – plaintiff claims both policy and custom, although it is apparent she means custom, not an express policy; she refers to racial profiling of African-American motorists and citizens, a claim clearly irrelevant here; her references to "other policies and/or customs of the City of Chicago and/or the Chicago Police Department . . ." is plainly insufficient: the City is not required to speculate about unspecified "other policies and/or customs."

Having said that, we are also mindful that the pleading threshold is low, as explained in McCormick v. City of Chicago, 230 F.3d 319 (7th Cir. 2000), and we think the Monell claim meets that low threshold standard. We therefore deny that aspect of the defendants' motion, even though we may not understand why the plaintiff wishes massively to expand what on its

15

face appears to be a simple false arrest case. Further, while we see no substantive due process claim -- plaintiff complains about being arrested and held, not about brutal treatment while detained -- she does allege an equal protection claim. She contends that she was singled out because she is Hispanic.

The motion is granted to the extent it moves to dismiss the punitive damages claim against the City and to dismiss Counts II and III as to all defendants.

JAMES B. MORAN
Senior Judge, U. S. District Court

April 4, 2001.